IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:09CR3074 |
| ) | |
| BERNARDO R. VILLEGAS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion, filing 23.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Statement per Paragraph Six of Order on Sentencing Schedule and supporting brief restricted.

IT IS FURTHER ORDERED that said Statement and brief be made available to case participants only.

Dated November 6, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge